UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| QAISAR KHAN,<br>an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>NORTHGATE VILLAGE PARTNERS, LLC,<br>a Georgia Limited Liability Company,<br><br>    Defendant. | CASE NO.: 5:19-cv-00046-MTT |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed, each party shall bear its respective fees and costs.

Dated: August 9, 2019

Respectfully Submitted,

 /s/ John A. Moore
KU & MUSSMAN, P.A.
18501 Pines Blvd., Suite 209-A
Pembroke Pines, FL 33029
Tel: (305) 891-1322
Fax: (305) 891-4512

John A. Moore, Esq.
Georgia Bar  No.: 519792
Of Counsel
The Moore Law Group, LLC

Respectfully Submitted,

/s/ E. Righton J. Lewis
E. Righton J. Lewis, Esq.
Georgia Bar No. 215211
Pamela R. Lawrence, Esq.
Georgia Bar No. 569713
BUTLER SNOW LLP
1170 Peachtree Street NE
Suite 1900
Atlanta, Georgia 30309
Tel: (678) 515-5064

| | |
|---|---|
| 1745 Martin Luther King Jr., Drive<br>Atlanta, GA 30314<br>Tel.: (678) 288-5601<br>Fax: (888) 553-0071<br>Email: jmoore@moorelawllc.com<br><br>*Attorney for Plaintiff* | Fax: (678) 515-5001<br>righton.lewis@butlersnow.com<br>pamela.lawrence@butlersnow.com<br><br>*Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of August, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system with a copy electronically delivered through CM/ECF to the following attorneys of record:

E. Righton J. Lewis, Esq.
Georgia Bar No. 215211
Pamela R. Lawrence, Esq.
Georgia Bar No. 569713
BUTLER SNOW LLP
1170 Peachtree Street NE
Suite 1900
Atlanta, Georgia 30309

              */s/ John A. Moore*
              *John A. Moore, Esq.*